JAMES B. NEBEL (SBN 69626)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Defendant
MID-AMERICA OVERSEAS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PROXIM CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MID-AMERICA OVERSEAS, INC.;<br>EASTERN MARINE UNDERWRITERS;<br>AUSTRIAN AIRLINES; and DOES 1<br>through 20, inclusive,<br><br>　　　　Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS AND<br>COUNTERCLAIM<br>_____ | No.: C 03 03820 JW (ARB)<br><br>**STIPULATED APPLICATION TO CORRECT ERROR IN FURTHER AMENDMENT TO SCHEDULING ORDER; ORDER THEREON** |

　　　　On April 18, 2006, the Court entered an Order further amending the Scheduling Order in this matter. The parties, plaintiff PROXIM CORPORATION and defendant MID-AMERICA OVERSEAS, INC., had submitted the proposed Order based upon their stipulation. It has now come to the attention of the parties that their submission contained a typographical error. The last date for hearing of dispositive motions was listed as October 15, 2006. That date should have been listed as October 15, **2007**. This date is sequentially consistent with the other dates

---

STIPULATED APPLICATON TO CORRECT ERROR IN FURTHER AMENDMENT OF SCHEDULING ORDER
CASE NO. CV 03 03820 JW (ARB)

-1-

1  contained in the Scheduling Order.  Thus, the pertinent paragraph
2  in the Stipulated Application should have read as follows:
3      H.   <u>Last Date for Hearing Dispositive Motions</u>
4      11.  The last day for hearing dispositive motions is **October**
5      **15, 2007**.  Any motions must be noticed in accordance with
6      the Local Rules of Court.
7
8      The parties HEREBY STIPULATE, AGREE and request the Court to
9  enter an Order to correct the Order further amending the April
10 18, 2006 Scheduling Order accordingly.
11     IT IS SO STIPULATED.
12
13 Dated:  August 11, 2006    LAW OFFICES OF GEORGE W. NOWELL
14
15     By: _____/s/_____
16       George W. Nowell
    Attorneys for Plaintiff
    PROXIM CORPORATION
17
18 Dated:  August_11, 2006    FLYNN, DELICH & WISE LLP
19
20     By: _____/s/_____
21       James B. Nebel
    Attorneys for Defendant
    MID-AMERICA OVERSEAS, INC.
22
23
24     IT IS SO ORDERED.
25 Dated: 8/21/06
26     _____
    UNITED STATES DISTRICT JUDGE
27
28

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

STIPULATED APPLICATON TO CORRECT ERROR IN FURTHER AMENDMENT OF SCHEDULING ORDER
CASE NO. CV 03 03820 JW (ARB)

-2-