```
JAMES B. NEBEL (SBN 69626)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 693-5566
Facsimile:  (415) 693-0410


Attorneys for Defendant
MID-AMERICA OVERSEAS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PROXIM CORPORATION, | No.: C 03 03820 JW (ARB) |
| Plaintiff, | |
| vs. | **THIRD STIPULATED APPLICATION FOR AMENDMENT TO SCHEDULING ORDER; [PROPOSED] FURTHER AMENDED SCHEDULING ORDER** |
| MID-AMERICA OVERSEAS, INC.; EASTERN MARINE UNDERWRITERS; AUSTRIAN AIRLINES; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS AND COUNTERCLAIM | |

The remaining parties to this action, plaintiff PROXIM CORPORATION and defendant MID-AMERICA OVERSEAS, INC., hereby stipulate and agree as follows:

1. This matter is currently set for a Preliminary Pretrial and Trial Setting Conference on November 19, 2007, at 11:00 a.m. The Pretrial Scheduling Order has twice been amended at the request of the parties. The reason that the parties requested amended Scheduling Orders relates to the pendency of a related action that Proxim Corporation filed against Maritime Insurance

THIRD STIPULATED APPLICATON FOR AMENDMENT TO SCHEDULING ORDER; [PROPOSED]
FURTHER AMENDED SCHEDULING ORDER
CASE NO. CV 813984 JW (ARB)

-1-

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

1  Company ("MIC") and its affiliate, Eastern Marine Underwriters
2  ("EMU"), in the Superior Court of Justice in Toronto, Ontario,
3  Canada.  (MIC was a defendant in this present action but was
4  dismissed on the basis of a forum-selection clause in the
5  pertinent insurance policy.)  The trial in the Canadian action is
6  currently scheduled to begin on May 14, 2007 (but may trail for a
7  week and not actually begin until May 21st).

8  3.  At the time of their previous requests for the amended
9  Scheduling Orders, Proxim and Mid-America believed that a
10 resolution of the Canadian action would benefit both parties in
11 facilitating their assessments of their positions here, and could
12 well lead to a settlement of Proxim's claims against Mid-America.
13 Conversely, if both actions continued on pace for trial, it was
14 possible that the results in the two actions could be
15 inconsistent and thus prejudice either Proxim or Mid-America.

16 4.  The reasons that motivated Proxim and Mid-America to
17 seek the former amendment still exist.  In order to maximize the
18 potential savings of costs by the parties and judicial resources,
19 the parties request that this Court continue the Preliminary
20 Pretrial and Trial Setting Conference as well as all associated
21 dates set forth in the currently applicable Scheduling Order for
22 **approximately 120 days**.  Both parties believe that a substantial
23 further extension of these dates would allow the Canadian action
24 to run its course and thus alleviate the parties' concerns
25 relating to the overlapping of issues in the two actions in light
26 of the fact that Maritime Insurance is not present in this action
27 and Mid-America is not present in the Canadian action.

28

THIRD STIPULATED APPLICATON FOR AMENDMENT TO SCHEDULING ORDER; [PROPOSED]
FURTHER AMENDED SCHEDULING ORDER
CASE NO. CV 813984 JW (ARB)

-2-

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

5. Accordingly, the parties stipulate and agree that the Second Amended Scheduling Order, which was filed on April 18, 2006, be further amended and that the following dates be established.  (Those parts of the initial Scheduling Order that do not relate to dates or deadlines shall remain in force and effect):

### D. <u>Disclosure of Expert Witnesses</u>

7. Any party wishing to present expert witness testimony with respect to a claim or defense shall lodge with the Court and serve on all other parties the name, address, qualifications, résumé and a written report which complies with Fed.R.Civ.P. 26(a)(2)(B) on or before **September 7, 2007** for the plaintiff and **September 28, 2007** for the defendant.

8. Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2, for hearing no later than **December 10, 2007** at 9:00 a.m.

### E. <u>Rebuttal Expert Witnesses</u>

9. If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proffering a rebuttal expert shall make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B), no later than **October 29, 2007**.

### G. <u>Close of Discovery</u>

10. Pursuant to Civil L.R. 26-2, all discovery, including supplemental disclosure, depositions of expert witnesses must be completed by **December 31, 2007.**

THIRD STIPULATED APPLICATON FOR AMENDMENT TO SCHEDULING ORDER; [PROPOSED] FURTHER AMENDED SCHEDULING ORDER
CASE NO. CV 813984 JW (ARB)

-3-

1           H.   Last Date for Hearing Dispositive Motions

2       11.  The last day for hearing dispositive motions is
3 **February 18, 2008**.  Any motions must be noticed in accordance
4 with the Local Rules of Court.

5           I.   Preliminary Pretrial and Trial Setting Conference
6                Statement and Proposed Order

7       12.  The attorneys who will try the case are ordered to
8 confer with one another and to file and lodge with Chambers on or
9 before **March 3, 2008**, a Preliminary Pretrial and Trial Setting
10 Conference Statement and Proposed Order, stating their readiness
11 for trial, the amount of time which the Court should allocate for
12 trial and the calendar period for the trial.  Ordinarily,
13 depending on the length of the trial the Court will set the trial
14 during a calendar period approximately three to four months after
15 the Preliminary Pretrial and Trial Setting Conference.  In the
16 Statement discussed in this paragraph, the parties should show
17 any cause why the case should be advanced or delayed beyond this
18 point.

19      13.  The attorneys who will try the case are ordered to
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28

THIRD STIPULATED APPLICATON FOR AMENDMENT TO SCHEDULING ORDER; [PROPOSED]
FURTHER AMENDED SCHEDULING ORDER
CASE NO. CV 813984 JW (ARB)

-4-

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

appear on **March 24, 2008 at 11:00 a.m.** for a Preliminary Pretrial and Trial Setting Conference.

    IT IS SO STIPULATED.

Dated:  April 18, 2007      LAW OFFICES OF GEORGE W. NOWELL

By: _____/s/_____
   George W. Nowell
Attorneys for Plaintiff
PROXIM CORPORATION

Dated:  April 18, 2007      FLYNN, DELICH & WISE LLP

By: _____/s/_____
   James B. Nebel
Attorneys for Defendant
MID-AMERICA OVERSEAS, INC.

    IT IS SO ORDERED.

Dated:  April 25 2007

_____
UNITED STATES DISTRICT JUDGE

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

---

THIRD STIPULATED APPLICATON FOR AMENDMENT TO SCHEDULING ORDER; [PROPOSED] FURTHER AMENDED SCHEDULING ORDER
CASE NO. CV 813984 JW (ARB)