1 │ GEORGE W. NOWELL (SBN: 83868)
      george.nowell@nowelllaw.com
2 │ PAUL B. ARENAS (SBN: 167863)
      paul.arenas@nowelllaw.com
3 │ LAW OFFICES OF GEORGE W. NOWELL
    120 Montgomery Street, Suite 1990
4 │ San Francisco, CA 94104
    Telephone: (415) 362-1333
5 │ Facsimile: (415) 362-1344
    Attorneys for Plaintiff
6 │ PROXIM CORPORATION

7 │ JAMES B. NEBEL (SBN: 69626)
    FLYNN, DELICH & WISE LLP
8 │ One California Street, Suite 350
    San Francisco, CA 94111
9 │ Telephone: (415) 693-5566
    Facsimile: (415) 693-0410
10 │ Attorneys for Defendant
    MID-AMERICA OVERSEAS, INC.

11

12

## UNITED STATES DISTRICT COURT

13

## NORTHERN DISTRICT OF CALIFORNIA
## (SAN JOSE DIVISION)

14

15

| PROXIM CORPORATION, | ) | CASE NO.: **C-03-03820 JW ARB** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR RETENTION OF JURISDICTION; (PROPOSED) ORDER** |
| v. | ) | |
| MID-AMERICA OVERSEAS, INC.; EASTERN MARINE UNDERWRITERS; AUSTRIAN AIRLINES; and DOES 1 through 20, inclusive, | ) | |
| Defendants. | ) | |
| AND RELATED CROSS-ACTIONS AND COUNTERCLAIM | ) | |

26       It is stipulated by and between the Plaintiff PROXIM CORPORATION and Defendant

27 │ MID-AMERICA OVERSEAS, INC., through their counsel of record, and requested that, a

28 │ settlement of this matter having been concluded that the above-entitled action be dismissed with

1

P0807.07-1491

1  prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  All other parties

2  have settled or been dismissed by order of this court.

3      This stipulation and dismissal completely terminates the above entitled action (and all

4  related cross actions and counterclaim) against all parties.  Each party will bear its own attorney's

5  fees and costs.

6      The parties hereto also request that this Court retain jurisdiction in order to enforce the

7  terms and conditions of the settlement and release.

8  Dated: August _8_, 2007            **LAW OFFICES OF GEORGE W. NOWELL**

10                             _____
                               GEORGE W. NOWELL
11                             Attorneys for Plaintiff
                               PROXIM CORPORATION

13  Dated: August _8_, 2007            **FLYNN, DELICH & WISE LLP**

15                             _____
16                             JAMES B. NEBEL
                               Attorneys for Defendant
17                             MID-AMERICA OVERSEAS, INC.

20                             **ORDER**

21

22  IT IS SO ORDERED.

23  Dated: August _14_, 2007       _____
                               HON. JAMES WARE
                               District Judge
24                             United States District Court
                               Northern District of California

2

**STIPULATION FOR DISMISSAL AND ORDER (C-03-03820 JW ARB)**

P0807.07-1491

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344